UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN DOLORES PEREZ, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> APOLLO EDUCATION GROUP, INC., et al, ) <br> ) <br> Defendants. ) <br> ) | Case No.: 1:14-cv-00605 - AWI- JLT <br><br> ORDER DIRECTING PLAINTIFF TO FILE AN AMENDED MOTION TO PROCEED IN FORMA PAUPERIS |

  Carmen Dolores Perez ("Plaintiff") to proceed *pro se* and *in forma pauperis* in this action. (Docs. 1-2.)  The Court may authorize the commencement of an action without prepayment of fees "but a person who submits an affidavit that includes a statement of all assets such person . . . possesses [and] that the person is unable to pay such fees or give security therefor."  28 U.S.C. § 1915(a).

  As an initial matter, Plaintiff asserts her gross wages are $2,100 per month.  (Doc. 2 at 1).)  However, she has not provided any information regarding her last date of employment or whether she is currently employed.  Further, Plaintiff asserts she has received disability or worker's compensation payments in the past 12 months, but fails to identify the amount received or whether she expects to receive it in the future.  (*Id.*)  In light of these facts, the information provided is insufficient to determine whether Plaintiff satisfies the requirements of 28 U.S.C. § 1915(a).

  Accordingly, Plaintiff is **ORDERED** to file, within fourteen days of this order, an application that includes the information Plaintiff has omitted, including her employer or last date of employment,

1. the amount received in disability or workers compensation payments, and whether she expects to
2. receive payments in the future.  Upon receipt of this information, the Court will resume consideration
3. of Plaintiff's motion to proceed *in forma pauperis*.  Plaintiff is warned that failure to comply with this
4. order may result in denial of her application to proceed *in forma pauperis*.

6. IT IS SO ORDERED.

7.    Dated:   **April 30, 2014**                                **/s/ Jennifer L. Thurston**
8.                                                                              UNITED STATES MAGISTRATE JUDGE