# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN DOLORES PEREZ, | Case No.: 1:14-cv-00605 - AWI - JLT |
| Plaintiff, | ORDER STRIKING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT |
| v. | (Doc. 12) |
| APOLLO EDUCATION GROUP, et al., | |
| Defendants. | |

Plaintiff Carmen Dolores Perez filed a motion seeking default judgement on August 27, 2014 (Doc. 12.)  Notably, however, Defendants' response to the complaint is not due until September 22, 2014, and the Clerk of Court has not entered default.  Accordingly, Plaintiff's motion is procedurally deficient and is **STRICKEN**.

**Plaintiff is strongly cautioned against filing further frivolous motions.**

IT IS SO ORDERED.

Dated:   **August 29, 2014**          /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE

1