UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN PEREZ , <br><br>　　　　Plaintiff <br><br>　　v. <br><br>UNIVERSITY OF PHOENIX, INC. et al., <br><br>　　　　Defendants | CASE NO. 1:14-CV-605 AWI JLT <br><br>ORDER CLOSING CASE IN LIGHT OF STIPULATION FOR DISMISSAL WITH PREJUDICE <br><br>(Doc. No. 21) |

　　　On June 15, 2015, the parties filed a stipulation for dismissal of this case without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). See Doc. No. 121.  The notice is signed by all parties.

　　　Rule 41(a)(1), in relevant part, reads:

> (A) . . . the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared. . . . (B) Unless the notice or stipulation states otherwise, the dismissal is without prejudice.

　　　As the parties have filed a stipulation for dismissal of this case with prejudice under Rule 41(a)(1), this case has terminated.  See id.; Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997); In re Wolf, 842 F.2d 464, 466 (D.C. Cir. 1989).

　　　Therefore, IT IS HEREBY ORDERED that the Clerk shall CLOSE this case in light of the filed and signed Rule 41(a)(1) Stipulation Of Dismissal With Prejudice.

IT IS SO ORDERED.

Dated:   June 16, 2015　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　SENIOR  DISTRICT  JUDGE